IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARCHWAY INSURANCE, et al. | : | CIVIL ACTION |
| --- | --- | --- |
|  | : | NO. 09-2711 |
| v. | : |  |
|  | : |  |
| JAMES RIVER INSURANCE COMPANY | : |  |

## ORDER

AND NOW, this 28th day of April, 2010, in consideration of plaintiff's motion for reconsideration, defendant's response and plaintiff's reply, it is hereby ORDERED that plaintiff's motion is DENIED.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.