IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARCHWAY INSURANCE SERVICES, LLC : CIVIL ACTION
: NO. 09-2711
v. :
:
JAMES RIVER INSURANCE COMPANY :

ORDER

AND NOW, this 8th day of December, 2010, in consideration of Archway Insurance Services, LLP's motion for reconsideration and James River Insurance Company's response, it is ORDERED:

1) Archway Insurance Services, LLP's motion for reconsideration is GRANTED;

2) This Court's Order dated September 21, 2010 is VACATED only insofar as it granted judgment in favor of James River Insurance Company with respect to that portion of the insurance premium that had been paid in consideration for Ardsley's professional liability insurance coverage;

3) a non-jury trial is SCHEDULED for Monday, January 10, 2011 at 10:00am in Courtroom 4-A, United States Courthouse, Philadelphia, PA;

4) The parties should file pre-trial memoranda and any motions in limine by Wednesday, January 5, 2011.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.