IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARCHWAY INSURANCE SERVICES, LLC   :                    CIVIL ACTION
                                  :                    NO. 09-2711
            v.                    :
                                  :
JAMES RIVER INSURANCE COMPANY     :

<u>ORDER</u>

AND NOW, this 14th day of December, 2011, following a bench trial and upon

consideration of the briefs of the parties, it is ORDERED that:

    1.      Defendant's motion to preclude reopening of the trial record is DENIED;

    2.      JUDGMENT IS ENTERED in favor of defendant and against plaintiff.

    The Clerk of Court is DIRECTED to close this case statistically.


                                            *s/Thomas N. O'Neill, Jr.*
                                          THOMAS N. O'NEILL, JR., J.