IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARCHWAY INSURANCE SERVICES, LLC | : | CIVIL ACTION |
| | : | NO. 09-2711 |
| v. | : | |
| | : | |
| JAMES RIVER INSURANCE COMPANY | : | |

ORDER

AND NOW, this 14th day of December, 2011, following a bench trial and upon consideration of the briefs of the parties, it is ORDERED that:

1. Defendant's motion to preclude reopening of the trial record is DENIED;

2. JUDGMENT IS ENTERED in favor of defendant and against plaintiff.

The Clerk of Court is DIRECTED to close this case statistically.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.